# IN THE UNITED STATES DISTRIC COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**RONALD LEE WEBB**                                                                  **PETITIONER**

**v.**                      Case No. 2:17-cv-00027-KGB/PSH

**GENE BEASLEY**                                                                 **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 14th day of February, 2018.

_____
Kristine G. Baker
United States District Judge